# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# ALEXANDRIA DIVISION

| | |
|---|---|
| **RODERICK PRESIDENT** | **CIVIL ACTION NO. 03-CV-1391-A** |
| -vs- | |
| **DEBRA MITCHEL, ET AL.** | **JUDGE LITTLE** |

## JUDGMENT

Before the court is the report and recommendation of the magistrate suggesting that the Motion for Summary Judgment filed by Defendants, Debra Mitchel, Brent Lemoine, and Lara Dufour, be granted. *Pro se* Plaintiff, Roderick President ("President"), has filed an objection to the magistrate's report. After full record review, the court adopts the reasoning and conclusion of the magistrate.

Defendants' Motion for Summary Judgment is GRANTED and Plaintiff's Motion for Summary Judgement is DENIED. Furthermore, President's civil rights complaint is DISMISSED WITH PREJUDICE.

Alexandria, Louisiana

24 June 2005

_____
F. A. LITTLE, JR.
UNITED STATES DISTRICT JUDGE